UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| ROBERT C. SEDLMAYR ) ) Plaintiff, ) ) v. ) ) MORTGAGE LENDERS NETWORK USA, ) INC.; et al., ) ) Defendants. ) | 3:10-cv-0204-LRH-VPC ORDER |

Before the court is defendant US Bank National Association's ("US Bank") motion to expunge lis pendens. Doc. #54.[1] Plaintiff Robert C. Sedlmayr ("Sedlmary") did not file an opposition.

The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion under LR 7-2(d). Moreover, the court finds that US Bank's motion to expunge lis pendens is warranted based on the dismissal of Sedlmayr's claims for relief. Accordingly, the court shall grant the motion to expunge lis pendens.

///

///

///

---

[1] Refers to the court's docket number.

1  IT IS THEREFORE ORDERED that defendant's motion to expunge lis pendens (Doc. #54) is GRANTED. Defendant US Bank National Association shall have ten (10) days after entry of this order to prepare an appropriate order expunging the lis pendens and submit the same for signature.

IT IS SO ORDERED.

DATED this 30th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2