**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT C. SEDLMAYR,<br><br>    Plaintiff,<br><br>vs.<br><br>MORTGAGE LENDERS NETWORK USA, INC., a Delaware Corporation, PLACER TITLE COMPANY, INC., a California Corporation, MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware Corporation, (MERS) MASTERS TEAM MORTGAGE, a California Corporation, DAVID GRECO, individually, NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation, AMERICAS SERVICING COMPANY, LSI TITLE COMPANY, FIDELITY NATIONAL DEFAULT, US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION SERIES 2006-EM X4 DOES 1-25 CORPORATIONS, DOES and ROES 1-25,<br><br>    Defendants. | Case No. 3:10-cv-00204-LRH-VPC<br><br>**ORDER GRANTING US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION SERIES 2006-EM X4'S MOTION TO EXPUNGE LIS PENDENS** |

The Court finds that on March 17, 2010, Plaintiff, Robert C. Sedlmayr, recorded a Notice of Lis Pendens ("Notice of Lis Pendens"), in the Official Records of Douglas County, Nevada as Document No. 0760285. (See Recorded Notice by Plaintiff of Pendency of Action, attached hereto as **Exhibit A**.)

-1-

The Court further finds that on July 7, 2011, the Court entered an Order dismissing Defendant, US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION SERIES 2006-EM X4's ("US Bank"), as to the remanded claims [Doc. #52].

Upon consideration of US Bank's request to cancel the Notice of Lis Pendens, and good cause appearing therefore, the Court hereby grants US Bank its requested relief and rules as follows:

**IT IS HEREBY ORDERED** that the Notice of Lis Pendens recorded on March 17, 2010, in the Official Records of Douglas County, Nevada as Document No. 0760285 be CANCELED, RELEASED and EXPUNGED.

**IT IS FURTHER ORDERED** that US Bank record a certified copy of this Order in the Official Records of Douglas County, Nevada within a reasonable amount of time from the date of this Order's issuance.

DATED this 12th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-

# EXHIBIT A

# EXHIBIT A

10-CV-0006
II

RECEIVED
JAN 6 2010
DOUGLAS COUNTY
DISTRICT COURT CLERK

DOC # 0760285
03/17/2010 12:11 PM   Deputy: SD
CONFORMED COPY
Requested By:
RICK LAWTON

Douglas County - NV
Karen Ellison - Recorder
Page: 1   Of  3    Fee:  16.00
BK-0310  PG- 3625  RPTT:  0.00

MARK MAUSERT, ESQ.
Nevada Bar 2390
930 Evans Avenue
Reno, Nevada 89512
(775) 786-5477
(775) 786-9658 Fax

*Attorney for plaintiff*

IN THE NINTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF DOUGLAS

ROBERT C. SEDLMAYR

*Plaintiff,*

vs.

MORTGAGE LENDERS NETWORK USA, INC. a Delaware corporation, PLACER TITLE COMPANY, INC., a California corporation, MERSCORP, INC. a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS] NATIONAL DEFAULT SERVICING COMPANY, MAERICAS SERVICING COMPANY, WELLS FARGO NA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.

*Defendants.*

**NOTICE BY PLAINTIFF**
**OF PENDENCY OF ACTION**

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled court by the above-named Plaintiff against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim, estate or interest therein of said defendants, or either or any of them, adverse to

-1-

said Plaintiff and the premises affected by this suit are situated in the County of Washoe,

State of Nevada, and are more particularly described as follows:

**LEGAL DESCRIPTION**

*1519 Glenwood Drive,, Gardnerville, NEVADA 89460*

*The land referred to herein is situated in the State of Nevada, County of Douglas,*

*Lot 11, COUNTRY CLUB ESTATES, as shown on the official map recorded in the office of the County Recorder of Douglas County, Nevada, on July 17, 1967, in Book 1 of maps and Document No. 37147.*

*APN: 1220-10-710-016*

DATED: This 6th day of January 2010

Mark Mausert Esq.
930 Evans Ave
Reno, NV 89512

By: _____
MARK MAUSERT ESQ.
BAR #2390